[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
[ARTICULATION]
1. The attached worksheet explains the calculations for the deficiency judgment.
2. The FMV of the property was determined to be $2,400,000.00, itemized as follows: CT Page 4458
 Parcel 1 $2,080,000.00 less road completion discount 300,000.00 ------------- $1,780,000.00
 Rounded down $1,700,000.00 Plus parcels 2 3 700,000.00 ------------- TOTAL $2,400,000.00
MARSHALL K. BERGER, JR. JUDGE, SUPERIOR COURT
[EDITORS' NOTE: THE WORKSHEET IS ELECTRONICALLY NON-TRANSFERRABLE.]